# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-3767
_____

LARRY WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
James J. Goodman, Judge.

September 30, 2020

PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Larry Williams, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.